UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY ANN SANGSTER,

    Plaintiff,

v.

                                                  Case No. 10-14769
                                                 District Judge Bernard A. Friedman
                                                 Magistrate Judge R. Steven Whalen

DETROIT COMMUNITY HEALTH
CONNECTION, INC.,

    Defendant.
_____/

**<u>OPINION AND ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u>**

      This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R and R") dated March 9, 2012. The R and R recommends dismissal of Plaintiff's complaint for failure to properly effect service. Neither party file an objection.

      This Court had an opportunity to fully review this matter and the parties' filings, and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. As the R and R explains, "under the plain language of the M.C.R. 2.105(D), Plaintiff was required to personally serve a summons and a copy of the complaint on a 'director, trustee or person in charge of the office' in addition to the certified mailing to the corporate office. She was also required to file a certificate of service in this Court. Under Rule 4(m), she was required to effect service within 120 days, and she has not shown good cause for her failure to do so." Therefore, dismissal of Plaintiff's complaint is appropriate.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated March 9, 2012, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.


Dated: March 29, 2012            _s/Bernard A. Friedman____
       Detroit, Michigan          BERNARD A. FRIEDMAN
                                  UNITED STATES DISTRICT JUDGE